Sherry L. BROOKS, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commis-
sioner of Social Security, De-
fendant–Appellee.

No. 04–51050.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 10, 2005.

Ingram Law Firm, McAllen, TX, for
Plaintiff–Appellant.

Brenda Mae Liess, Social Security Ad-
ministration Office of General Counsel,
Dallas, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY,
HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

We affirm the district court's
judgment for the following reasons:

1. The ALJ's determination that
Brooks did not have a severe mental

---

* Pursuant to 5TH CIR. R. 47.5, the Court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

impairment is supported by substantial evidence. The medical record did not indicate that Brooks' mental condition rose to the level of a severe impairment, and thus, there was no need for the ALJ to order further testing to determine Brooks' residual functional capacity in regards to her psychological problems.

2. The ALJ determination regarding Brooks' residual functional capacity is was also supported by substantial evidence. In addition to Brooks' medical records, evidence of Brooks' daily activities, including cleaning, cooking, shopping, child care, and personal care, indicated that Brooks had the adequate residual functional capacity to perform at least sedentary work.

3. Finally, the ALJ's opinion adequately considers all of the evidence and lays out the reasons for his decision.

Therefore, the district court's decision is AFFIRMED.